# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Myriam Fejzulai and Monica Moore, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Sam's West, Inc.; Sam's East, Inc.; and Wal-Mart Stores, Inc. (all d/b/a "Sam's Club" and/or "Sam's Wholesale Club"), )<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 6:14-cv-03601-BHH |

## PLAINTIFFS' MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS, PRELIMINARY APPROVAL OF SETTLEMENT, AND APPROVAL OF NOTICE

Plaintiffs, by and through their counsel, hereby move this Court, pursuant to Federal Rules of Civil Procedure 23(b)(3) and 23(e), for entry of an Order certifying the proposed settlement class, granting preliminary approval to this class action settlement, approving the class notice, and approving the establishment of a Qualified Settlement Fund. A memorandum in support of this motion is being filed contemporaneously herewith.

Defendants consent to the relief sought in this motion.

                              Respectfully submitted,

                              RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC

                              /s/ T. Christopher Tuck
                              T. Christopher Tuck, ID No. 9135
                              E-mail: ctuck@rpwb.com
                              RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
                              1037 Chuck Dawley Blvd., Bldg. A

Mount Pleasant, SC  29464
(843) 727-6500
Terry E. Richardson, Jr., ID No. 3457
E-mail:  trichardson@rpwb.com
Christopher J. Moore, ID No. 10445
E-mail:  cmoore@rpwb.com
P.O. Box 1368
Barnwell, SC  29812
(803) 541-7850

-and-

William D. Herlong, ID No. 5223
E-mail:  William@HerlongLaw.com
THE HERLONG LAW FIRM, LLC
1421 Augusta Street
P.O. Box 8217
Greenville, SC  29604-8217
(864) 238-5111

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of October, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will provide electronic notice of such filing to all counsel of record.

s/ T. Christopher Tuck
T. Christopher Tuck