AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Myriam Fejzulai, individually and on behalf of all others similarly situated; Monica Moore, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>Sam's West Inc d/b/a Sam's Club d/b/a Sam's Wholesale Club; Sam's East Inc d/b/a Sam's Club d/b/a Sam's Wholesale Club; Wal-Mart Stores Inc d/b/a Sam's Club d/b/a Sam's Wholesale Club<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   6:14-cv-3601-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the South Carolina Litigation is hereby DISMISSED WITH PREJUDICE and without costs to any Party, other than as specified in the Agreement and the Order. The parties shall take appropriate steps to dismiss the California Litigation with prejudice and without costs to any Party, other than as specified in the Agreement and the Order.

This action was *(check one)*:

■ decided by the Honorable Bruce H. Hendricks.

Date:   July 10, 2018                              *CLERK OF COURT*

                                           s/Angela Lewis, Deputy Clerk
                                           *Signature of Clerk or Deputy Clerk*